Edward W. Rider, Respondent, v. Saverio Gallo and Caterina Gallo, Appellants, Impleaded, etc.  (Action No. 3.) — Judgment affirmed, with costs.  No opinion.  Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Edward W. Rider, Respondent, v. Saverio Gallo and Caterina Gallo, Appellants, Impleaded, etc.  (Action No. 4.) — Judgment affirmed, with costs.  No opinion.  Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Edward W. Rider, Respondent, v. Saverio Gallo and Caterina Gallo, Appellants, Impleaded, etc.  (Action No. 5.) — Judgment affirmed, with costs.  No opinion.  Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Edward W. Rider, Respondent, v. Saverio Gallo and Caterina Gallo, Appellants, Impleaded, etc.  (Action No. 6.) — Judgment affirmed, with costs.  No opinion.  Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Edward W. Rider, Respondent, v. Saverio Gallo and Caterina Gallo, Appellants, Impleaded, etc.  (Action No. 7.) — Judgment affirmed, with costs.  No opinion.  Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Isabel Sandford, Respondent, v. Antoinette Crane and Others, Defendants, Impleaded with Mary E. Webster, Appellant.— Judgment affirmed, with costs.  No opinion.  Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Giovanni Scundi, Respondent, v. John F. Stephens, Appellant.— Judgment affirmed, with costs.  No opinion.  Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

David Sheeley, Respondent, v. Eliza Jane Williams, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

John R. Sliney, Appellant, v. The Fire Department of the Town of Newtown and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Jeffrey Smith, Respondent, v. William Geiger, Appellant.— Order affirmed, without costs.  No opinion.  Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Mary Smith, as Administratrix, etc., of Joseph Smith, Deceased, Appellant, v. Edgar F. Luckenbach, Individually and as Executor, etc., and Kings County Trust Company, as Executor, etc., of Lewis Luckenbach, Deceased, and Others, Respondents.— Reargument ordered, and case set down for Wednesday, November 20, 1912.  Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Title Guarantee and Trust Company, Individually and as Executor, etc., of Mary Augusta Mott, Deceased, Respondent, v. Philip Sugerman and Royal Bank of New York, Appellants, Impleaded with Others, Defendants.— Judgment affirmed, with costs.  No opinion.  Jenks, P. J., Burr, Woodward and Rich, JJ., concurred; Thomas, J., concurred so far